

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-94,867-01

### EX PARTE MICHAEL CHASE JORDAN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 7152A IN THE 121ST DISTRICT COURT
### FROM TERRY COUNTY

*Per curiam*. *Yeary, J., concurred.*

## O P I N I O N

A jury convicted Applicant of possession of methamphetamine. The trial court assessed a forty-year habitual-felon prison sentence. The appellate court affirmed the conviction and sentence. *Jordan v. State*, No. 07-17-00324-CR (Tex. App.—Amarillo Feb. 5, 2019) (not designated for publication). Applicant, through habeas counsel, filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that the prosecution failed to disclose evidence about the arresting officer's criminal history. *Brady v. Maryland*, 373 U.S. 83 (1963); *United States v. Bagley*, 473 U.S. 667 (1985). The trial court, with the State's agreement, has determined that the State failed to

disclose material impeachment evidence. The trial court recommends that this Court grant habeas relief. The record and applicable law supports the findings and recommendation.

Relief is granted. The judgment in cause number 7152 in the 121st District Court of Terry County is set aside, and Applicant is remanded to the custody of the Sheriff of Terry County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: January 31, 2024
Do not publish